UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIANE CLADIANOS,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>MARIN GENERAL HOSPITAL, et al.,<br><br>　　　　Defendants. | Case No. 20-cv-03769-JST<br><br>**ORDER TO SHOW CAUSE**<br><br>Re: ECF Nos. 56, 58, 60, 61 |

Defendant Marin General Hospital filed a motion to dismiss the Third Amended Complaint on July 21, 2021. ECF No. 56. Plaintiff's opposition was due by August 4, 2021. Civ. L.R. 7-3(a). Defendant United States filed its motion to dismiss on July 22, 2021. ECF No. 58. Plaintiff's opposition was due by August 5, 2021. Civ. L.R. 7-3(a).

As of August 30, 2021, Plaintiff has not filed an opposition to either motion. The Court orders Plaintiff to show cause, in writing, by September 13, 2021, why this action should not be dismissed with prejudice for failure to prosecute.

**IT IS SO ORDERED.**

Dated: August 30, 2021

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　JON S. TIGAR
　　　　　　　　　　　　　　　　　　　　United States District Judge