UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIANE CLADIANOS,<br><br>Plaintiff,<br><br>v.<br><br>MARIN GENERAL HOSPITAL, et al.,<br><br>Defendants. | Case No. 20-cv-03769-JST<br><br>**ORDER DISMISSING CASE WITH PREJUDICE**<br><br>Re: ECF Nos. 58, 60 |

Defendant Marin General Hospital filed a motion to dismiss the Third Amended Complaint on July 21, 2021. ECF No. 56. Plaintiff's opposition was due by August 4, 2021. Civ. L.R. 7-3(a). Defendant United States filed its motion to dismiss on July 22, 2021. ECF No. 58. Plaintiff's opposition was due by August 5, 2021. Civ. L.R. 7-3(a). As of August 30, 2021, Plaintiff had not filed an opposition to either motion. The Court ordered Plaintiff to show cause, in writing, by September 13, 2021, why this action should not be dismissed with prejudice for failure to prosecute. As of September 22, 2021, Plaintiff had not filed a response to the Court's order. Accordingly, this action is dismissed with prejudice for failure to prosecute. The Clerk shall enter judgment and close the file.

**IT IS SO ORDERED.**

Dated: September 22, 2021

JON S. TIGAR
United States District Judge